IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSUE DAVID MACHADO REYES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-648-KC** |
| | § | |
| **WARDEN, EL PASO SERVICE** | § | |
| **PROCESSING CENTER et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On April 2, 2026, the Court granted in part Machado Reyes' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Apr. 2, 2026, Order 3, ECF No. 16. Respondents have now informed the Court that an IJ denied Machado Reyes a bond on flight risk grounds. Status Report, ECF No. 20.

It appears that there are no remaining matters to be resolved in this case. *See generally* Pet., ECF No. 1; Apr. 2, 2026, Order.

Accordingly, **the Clerk shall close the case**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as **MOOT**.

**SO ORDERED**.

**SIGNED this 13th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE