**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSUE DAVID MACHADO REYES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-648-KC** |
| | § | |
| **WARDEN, EL PASO SERVICE** | § | |
| **PROCESSING CENTER et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered Petitioner Josue David Machado Reyes's Letters, ECF Nos. 23, 24.  On April 2, 2026, the Court granted in part Machado Reyes' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 2, 2026, Order 3, ECF No. 16.  An IJ held a bond hearing as ordered but denied Machado Reyes a bond on flight risk grounds.  Status Report, ECF No. 20.

Machado Reyes's sister asks the Court to consider evidence that demonstrates he is not a flight risk.  2d Letter 1.  She points to Machado Reyes's strong family ties in the U.S. and explains that his only missed court hearing was due to his current detention in immigration custody.  *Id.*  Machado Reyes himself similarly argues that he is not a flight risk or danger.  1st Letter 2–3.  But this Court "lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk [or danger] and therefore should be denied bond."  *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted).  In other words, whether the

Court agrees or not with the IJ's determinations regarding Machado Reyes's dangerousness and risk of flight, it lacks the power to alter those determinations.

Accordingly, Machado Reyes's request for further relief is **DENIED**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 17th day of April, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2