**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSUE DAVID MACHADO REYES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-648-KC** |
| | § | |
| **WARDEN, EL PASO SERVICE** | § | |
| **PROCESSING CENTER et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered Josue David Machado Reyes's Motion to Reopen, ECF No. 28.  On April 2, 2026, the Court granted in part Machado Reyes' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 2, 2026, Order 3, ECF No. 16.  An IJ held a bond hearing as ordered but denied Machado Reyes a bond on flight risk grounds.  Status Report, ECF No. 20.

Machado Reyes asks the Court to reopen and reconsider his case because he has been detained for "a prolonged period" and circumstances demonstrate he is not a flight risk.  *See generally* Mot.  He points to his medical condition, strong family ties in the U.S., and explains that his only missed court hearing was due to his current detention in immigration custody.  *Id.*  But this Court "lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk [or danger] and therefore should be denied bond."  *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted).  In other words, whether the Court

agrees or not with the IJ's determinations regarding Machado Reyes's risk of flight, it lacks the power to alter those determinations. And although his detention may become impermissible or unreasonably prolonged at some point in the future, it has not done so yet. *See Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001).

Accordingly, Machado Reyes's Motion, ECF No. 28, is **DENIED**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 24th day of April, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2